# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

───────────────────

**No. 201800094**

───────────────────

## UNITED STATES OF AMERICA
Appellee

v.

## JACOB C. COLE
Aviation Ordinanceman Second Class (E-5),
U.S. Navy
Appellant

───────────────────

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander William Weiland, JAGC, USN.
Convening Authority: Commandant, Naval District Washington,
Washington Navy Yard, Washington, DC.
Staff Judge Advocate's Recommendation: Commander James A.
Link, JAGC, USN.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

───────────────────

Decided 26 June 2018

───────────────────

Before HUTCHISON, SAYEGH, and FOIL, *Appellate Military Judges*

───────────────────

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court